# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARIANNE E. MACRES,

    Plaintiff,

v.                                                      17-cv-428 RB/WPL

SANTA FE POLICE DEPARTMENT,

    Defendant.

## ORDER TO SHOW CAUSE AND RESETTING STATUS CONFERENCE

This matter is before the Court *sua sponte*. On April 14, 2017, I entered an Initial Scheduling Order setting a scheduling conference for May 23, 2017, at 2:00 p.m. (Doc. 7.) Although defense counsel appeared for the hearing, pro se Plaintiff Marianne Macres did not do so.

IT IS THEREFORE ORDERED that Macres shall send a letter to my chambers showing cause for her absence at the May 23 scheduling conference no later than **May 30, 2017, at 5:00 p.m.** This letter may be mailed to the Clerk's Office, e-filed on CM/ECF, emailed to my chambers at [wplproposedtext@nmcourt.fed.us](mailto:wplproposedtext@nmcourt.fed.us), or faxed to my chambers at **(505) 348-2305**.

IT IS FURTHER ORDERED that the May 23 scheduling conference is hereby VACATED and RESET for **June 6, 2017, at 9:30 a.m. The parties will call the Court's "meet-me" line at (505) 348-2356** to participate in the scheduling conference at that time. If the parties are able to supplement the Joint Status Report and Provisional Discovery Plan ("JSR"), the Defendant will file an amended JSR no later than **June 2, 2017**.

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

It is so ordered.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.