# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MARIANNE E. MACRES,

    Plaintiff,

v.                                      17-cv-428 RB/WPL

SANTA FE POLICE DEPARTMENT,

    Defendant.

## ORDER STAYING CASE

At a telephonic hearing on June 6, 2017, pro se Plaintiff Marianne Macres informed me that she has a competency hearing pending in state court. Given questions about Macres's competency, the parties agreed to stay this case until competency has been determined. Defense counsel will monitor the competency proceedings and will notify chambers when a determination has been made. This stay covers all proceedings and deadlines, of any kind, in this case. This stay does not constitute or effect a waiver of any kind for any party.

It is so ordered.

*William P. Lynch*
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.